1  WRIGHT, FINLAY & ZAK, LLP
2  T. Robert Finlay, Esq., SBN 167280
   rfinlay@wrightlegal.net
3  Todd E. Chvat, Esq., SBN 238282
4  tchvat@wrightlegal.net                           JS-6
   4665 MacArthur Court, Suite 280
5  Newport Beach, CA  92660
6  Tel: (949) 477-5050; Fax: (949) 477-9200

7

8  Attorneys for Defendants SPECIALIZED LOAN SERVICING LLC; THE BANK
9  OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK, as Trustee for the
   Certificate Holders of the CWALT, Inc., Alternative Loan Trust 2006-OA10
10 Mortgage Pass-Through Certificates, Series 2006-OA10

11

12            **UNITED STATES DISTRICT COURT**
13          **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

14

15 ROSA CHEN,                              ) Case No.: 12-cv-01739-JVS-JPR
                                           )
16         Plaintiff,                      ) **JUDGMENT**
17                                         )
       vs.                                 )
18                                         )
19 SPECIALIZED LOAN SERVICING LLC )
   for THE BANK OF NEW YORK              )
20 MELLON f/k/a THE BANK OF NEW          )
21 YORK, as Trustee for the Certificate  )
   Holders of the CWALT, Inc., Alternative )
22 Loan Trust 2006-OA10,                  )
23                                         )
           Defendant.                      )
24                                         )
25

26     On November 19, 2012, the Court issued an Order granting Defendants
27 SPECIALIZED LOAN SERVICING LLC ("SLS") and THE BANK OF NEW
28 YORK MELLON f/k/a THE BANK OF NEW YORK, as Trustee for the

-1-

**[PROPOSED] JUDGMENT**

1  Certificate Holders of the CWALT, Inc., Alternative Loan Trust 2006-OA10
2  Mortgage Pass-Through Certificates, Series 2006-OA10 ("BONY") (collectively
3  "Defendants") Motion to Dismiss Plaintiff ROSA CHEN's ("Plaintiff") Complaint
4  without leave to amend.
5      In connection therewith, IT IS HEREBY ORDERED that:
6    1) Plaintiff's Complaint is dismissed <u>with</u> prejudice and JUDGMENT is
7  entered in favor of Defendants and against Plaintiff.

9      IT IS SO ORDERED.

11     November 27, 2012     *[signature: James V. Selna]*
12                                    HON. JAMES V. SELNA,
13                                    UNITED STATES DISTRICT JUDGE